## ROBINETT *v.* ROUNDHOUSE

Appeal from Clare, Campbell (Robert H.), J. Submitted Division 3 December 4, 1968, at Grand Rapids. (Docket No. 4,536.) Decided December 20, 1968.

Complaint by Emmet B. Robinett against Jacob C. Roundhouse and Nellie D. Roundhouse for rescission of a contract for the sale of land; counterclaim for an accounting. Rescission denied and judgment granted for an accounting but less than defendant demanded. Defendant appeals. Affirmed.

*Strange & Hole,* and *Cotter, Janes & O'Connell,* for plaintiff.

*Butterfield & Penzien* and *McKinley & Jerkins,* for defendants.

PER CURIAM. This case involves a sale by plaintiff to defendants of a parcel of land, on which plaintiff operated a "fish out" trout pond business, together with the pertinent equipment. A dispute arose as to the effective date of the sale. Plaintiff filed a complaint asking for rescission of the contract. Defendants filed a counterclaim asking for an accounting. After trial on the merits, the court denied rescission and rendered a judgment on the accounting. Defendants received less than they thought they should in the accounting, and appeal.

Upon *de novo* examination of the briefs and record we reach the same conclusions as did the trial judge.

Affirmed. Costs to appellee.

R. B. BURNS, P. J., and J. H. GILLIS and CORKIN, JJ., concurred.